| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **7** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Student Aid Center, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  46-2453199

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2500 NW 79th Avenue, Suites 190A and 101 Doral, FL 33122 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Miami-Dade | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  studentaidcenter.org

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership
☐ Other. Specify: _____

Debtor **Student Aid Center, Inc.** Case number (*if known*) _____
      Name

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

### 8. Under which chapter of the Bankruptcy Code is the Debtor filing?

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____

Debtor **Student Aid Center, Inc.** Case number (*if known*)
     Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Student Aid Center, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signature**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2.8.16
MM / DD / YYYY

X _____  Damien Alvarez
Signature of authorized representative of debtor   Printed name

Title  President

**18. Signature of attorney**

X /s/ Luis Salazar
Signature of attorney for debtor

Date 02/08/2016
MM / DD / YYYY

Luis Salazar
Printed name

Salazar Jackson, LLP
Firm name

2000 Ponce De Leon Boulevard, Penthouse
Coral Gables, FL 33134
Number, Street, City, State & ZIP Code

Contact phone  305-374-4848    Email address  salazar@salazarjackson.com

147788
Bar number and State

# CORPORATE RESOLUTION

The undersigned being members of the Board of Directors of **Student Aid Center, Inc.** (the **"Corporation"**), and being present and having met pursuant to the bylaws of the Corporation and notice of such meeting having been waived;

**WHEREAS**, the Board of Directors having reviewed the financial condition of the Corporation and it appearing that in the business judgment of the Board of Directors that the Corporation should be liquidated under the supervision of the United States Bankruptcy Court for the Southern District of Florida (the **"Bankruptcy Court"**) and a duly appointed Chapter 7 trustee;

**WHEREAS**, it is desirable and in the best interest of the Corporation, its creditors, equity holders and other interested parties, that the Corporation be authorized and empowered to file, at such time as it is deemed necessary by the appropriate persons acting on behalf of the Corporation, a voluntary petition for relief (the **"Petition"**) under Chapter 7 of Title 11 of the United States Code (the **"Bankruptcy Code"**) in the Bankruptcy Court; it is

**RESOLVED**, that Damien Alvarez, as President, or such other persons that he may designate and direct (**"Authorized Persons"**), is authorized, directed and empowered (i) to execute and verify the Petition as well as any other ancillary documents and to cause the Petition to be filed with the Bankruptcy Court and (ii) to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing; and be it further

**RESOLVED**, that each of the Authorized Persons, and such other persons that the Authorized Persons designate and direct, is authorized directed and empowered, on behalf of and in the name of the Corporation, to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers and documents necessary or desirable in connection with the Chapter 7 case; and be it further

**RESOLVED**, that each of the Authorized Persons, and such other persons or officers as they shall from time to time designate, be, and each of them acting alone is, authorized and directed to retain on behalf of the Corporation, the law firm of SALAZAR JACKSON, LLP as general bankruptcy counsel, to render legal services to, and to represent the Corporation in connection with planning and preparation for such proceedings and all other related matters in connection therewith, on such terms as the Authorized Persons and SALAZAR JACKSON, LLP shall agree; and be it further

**RESOLVED**, that each of the Authorized Persons, and such other persons or officers as they shall from time to time designate, be, and each of them acting alone is, authorized and directed to take such actions and execute and deliver any and all agreements, instruments, certificates, notices, and any and all other documents as the Authorized Person may deem necessary or appropriate to facilitate and consummate transactions on behalf of the

Corporation to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and be it further

**RESOLVED**, that each of the Authorized Persons, and such other persons or officers as they shall from time to time designate, be, and each of them acting alone is, authorized and directed to retain on behalf of the Corporation any additional counsel, consultants, and other advisors as appropriate; and be it further

**RESOLVED**, that each of the Authorized Persons, and such other persons or officers as they shall from time to time designate, be, and each of them acting alone is, authorized and directed to take any and all such further actions and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in each case as in his, her or their judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it further

**RESOLVED**, that all acts, actions, and transactions lawfully done or actions lawfully taken by any director or officer or agent of the Corporation in connection with the liquidation of the Corporation or any matter related thereto, or by virtue of these resolutions are hereby in all respects ratified, confirmed and approved.

**STUDENT AID CENTER, INC.,**
a Florida corporation

_2.8.16_
Date

By: Damien Alvarez
Its: President and Member of Board

**STUDENT AID CENTER, INC.,**
a Florida corporation

_2/8/16_
Date

By: Ramiro Fernandez-Moris
Its: President and Member of Board

2