UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

STUDENT AID CENTER, INC.,            Case No. 16-11759-BKC-LMI
                                                 Chapter 7

        Debtor.
_____/

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the *Order Continuing Hearing On Trustee's Expedited Motion For Turnover Regarding Funds Held By Credit Card Processors And Prohibiting Chargeback To Customers [ECF No. 23]* [ECF No. 35] was served electronically upon all CM/ECF parties listed on the Electronic Notice List and via U.S. Mail, postage prepaid upon the attached Creditor Matrix on this 16th day of March, 2016.

                                         BERGER SINGERMAN LLP
                                         *Counsel for the Trustee*
                                         1450 Brickell Avenue, Suite 1900
                                         Miami, FL 33131
                                         Telephone:  (305) 755-9500
                                         Facsimile:  (305) 714-4340

                         By:     */s/ Isaac M. Marcushamer*
                                     Isaac M. Marcushamer
                                     Florida Bar No. 060373
                                     imarcushamer@bergersingerman.com

7005415-1

**Electronic Notice List:**

Ashley J Dillman Bruce on behalf of Trustee Maria Yip
adbruce@bergersingerman.com,
efile@bergersingerman.com;vbarthelemy@bergersingerman.com;efile@ecf.inforuptcy.com

Michael A Friedman on behalf of Creditor ACH Solutions, Inc.
mfriedman@gjb-law.com, gjbecf@gjb-law.com

Isaac M Marcushamer, Esq. on behalf of Trustee Maria Yip
imarcushamer@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Steven H Meyer, Esq on behalf of Creditor KT 2500, LLC
stevenm820@aol.com, ross.barna@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Luis Salazar, Esq. on behalf of Debtor Student Aid Center, Inc.
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;cloyd@salazarjackson.com;aguilar@salazarjackson.com;davila@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com

Maria Yip
trustee@yipcpa.com, myip@ecf.epiqsystems.com

7005415-1

```
Label Matrix for local noticing          KT 2500, LLC                              Student Aid Center, Inc.
113C-1                                   Bloom & Freeling, P.A.                    c/o Salazar Jackson, LLP
Case 16-11759-LMI                        2295 NW Corporate Blvd. #117              Attn: Luis Salazar, Esq.
Southern District of Florida             Boca Raton, fl 33431-7330                 2000 Ponce De Leon Boulevard
Miami                                                                              Penthouse
Wed Mar 16 10:25:06 EDT 2016                                                       Coral Gables, FL 33134-4422

ACH Solutions, Inc.                      ACH Solutions, Inc.                       (p)ADT LLC
750 Fairmont Avenue, 2nd Floor           c/o John H. Genovese, Esq.                PAYROLL OPERATIONS
Glendale, CA 91203-1046                  Genovese Joblove & Battista, P.A.         1501 YAMATO RD
                                         100 SE Second Street, 44th Floor          BOCA RATON FL 33431-4438
                                         Miami, FL 33131-2130

AFLAC                                    AT&T                                      AT&T TeleConference Services
1932 Wynnton Road                        P.O. Box 769                              PO Box 5002
Columbus, GA 31999-0002                  Arlington, TX 76004-0769                  Carol Stream, IL 60197-5002


AT&T Uverse                              Alan Alvarez                              Alto Global
444 Highway 96 East                      2500 NW 79th Avenue                       407 Lincoln Road
Saint Paul, MN 55127-2557                Suite 190                                 Suite 4E
                                         Doral, FL 33122-1083                      Miami Beach, FL 33139-3008


Andrew Miles                             Andrew Miles                              Arizona Dept. of Revenue
2940 Oklahoma Road                       c/o Frederick Davis, IV, Esq              Collections- Division Code 2
Willow Grove, PA 19090-3840              Davis Consumer Law Firm                   1600 West Monroe
                                         500 Office Center Drive #400              Phoenix, AZ 85007-2650
                                         Fort Washington, PA 19034-3234

Benjamin Abella                          Benjamin Abella                           Benjamin Abella
121 Edgewood Road                        c/o Benjamin Richman, Esq.                c/o Courtney C. Booth, Esq.
Ardmore, PA 19003-2507                   350 North Lasalle Street                  350 N. Lasalle Street
                                         Suite 1300                                Suite 1300
                                         Chicago, IL 60654-7582                    Chicago, IL 60654-7582

Benjamin Abella                          Benjamin Abella                           Berens & Miller, P.A.
c/o Davis S. Senoff, Esq.                c/o Rafey S. Balabanian, Esq              80 South 8th Street
130 North 18th Street                    350 N. Lasalle Street                     Suite 3720
Suite 1600                               Suite 1300                                Minneapolis, MN 55402-2219
Philadelphia, PA 19103-2757              Chicago, IL 60654-7582

Candido Ibar                             Celerity Telecom                          Christopher Fernandez-Moris
2500 NW 79th Avenue                      6067 Hollywood Boulevard                  2500 NW 79th Avenue
Suite 190                                Suite 345                                 Suite 190
Doral, FL 33122-1083                     Hollywood, FL 33024-7878                  Doral, FL 33122-1083


Cleanland, L.L.C.                        Cloud Consulting, LLC                     Comcast
c/o Sonia E. Lopez                       c/o Candido Ibar                          141 NW 16th Street
as Registered Agent                      as Registered Agent                       Pompano Beach, FL 33060-5291
6991 NW 82nd Avenue, Suite 9             10261 SW 58th Street
Miami, FL 33166-2776                     Miami, FL 33173-2859


Comcast                                  DC Office of Tax and Revenue              Damien Alvarez
1701 JFK Boulevard                       Compliance Administration                 2500 NW 79th Avenue
Philadelphia, PA 19103-2899              Collection Division                       Suite 190
                                         1101 4th Street, SW, 6th Flr              Doral, FL 33122-1083
                                         Washington, DC 20024-4457
```

```
District of Columbia                  Eckell Sparks Levy et al.              Efax
Office of Tax and Revenue             344 West Front Street                  P.O. Box 51873
1101 4th Street, SW                   Media, PA 19063-2680                   Los Angeles, CA 90051-6173
Suite 270 West
Washington, DC 20024-4457

Electronic Merchant Systems           Electronic Payment Systems             Elizabeth Miles
[Eprocessing Network]                 6472 South Quebec Court                2940 Oklahoma Road
5005 Rockside Road, PH100             Englewood, CO 80111-4628               Willow Grove, PA 19090-3840
Cleveland, OH 44131-6808

Elizabeth Miles                       Evalon, Inc.                           (p)FEDERAL TRADE COMMISSION
c/o Frederick Davis, IV, Esq          7300 Chapman Highway                   ASSOCIATE DIRECTOR
Davis Consumer Law Firm               Knoxville, TN 37920-6612               DIVISION OF ENFORCEMENT
500 Office Center Drive #400                                                 600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122
Fort Washington, PA 19034-3234                                               WASHINGTON DC 20580-0001

Five9, Inc.                           Five9, Inc.                            Florida Dept. of Rev.
4000 Executive Parkway                c/o CT Corporation System              Bankruptcy Unit
Suite 400                             as Registered Agent                    P.O. Box 6668
San Ramon, CA 94583-4206              1200 South Pine Island Road            Tallahassee, FL 32314-6668
                                      Plantation, FL 33324-4459

Frank Ibar                            Gustavo Lage, Esq.                     Humana Insurance Co.
2500 NW 79th Avenue                   Sanchez-Medina, Gonzalez               PO Box 533
Suite 190                             201 Alhambra Circle                    Carol Stream, IL 60132-0533
Doral, FL 33122-1083                  Suite 1205
                                      Coral Gables, FL 33134-5150

Internal Revenue Service              International Sureties, Ltd.           Joshua Tarkoff
P.O. Box 7346                         701 Poydras Street                     c/o David Phillip Milian
Philadelphia, PA 19101-7346           Suite 420                              1395 Brickell Avenue
                                      New Orleans, LA 70139-7910             Suite 700
                                                                             Miami, FL 33131-3354

Joshua Tarkoff                        Joshua Tarkoff                         KT 2500, LLC
c/o Ernesto Miguel Rubi, Esq          c/o Frank Hedin, Esq.                  2500 NW 79th Avenue
1395 Brickell Avenue                  1395 Brickell Avenue                   Suite 105
Suite 700                             Suite 700                              Doral, FL 33122-1071
Miami, FL 33131-3354                  Miami, FL 33131-3354

KT 2500, LLC                          Kentucky Dept. of Revenue              Lamar Advertising
c/o Transatlantic Investment          Legal Branch-Bankr. Section            REXCO Industrial Park
222 Third Street                      P.O. Box 5222                          Calle #1, Anexo #1
Cambridge, MA 02142-1102              Frankfort, KY 40602-5222               Suite 013
                                                                             Guaynabo, PR 00968

Lamar Advertising Co.                 Lamar Advertising Of Puerto Rico, Inc. Lauren Alvarez
c/o Markowitz Ringel Trusty           dba Lamar Advertising-Billboards       2500 NW 79th Avenue
9130 South Dadeland Blvd.             c/o Lamar Advertising Company-Credit Dep Suite 190
Suite 1800                            PO Box 66338                           Doral, FL 33122-1083
Miami, FL 33156-7858                  Baton Rouge LA 70896-6338

Mario Stecco                          Michael Alvarez                        Michael Ibar
c/o David Phillip Milian              2500 NW 79th Avenue                    2500 NW 79th Avenue
1395 Brickell Avenue                  Suite 190                              Suite 190
Suite 700                             Doral, FL 33122-1083                   Doral, FL 33122-1083
Miami, FL 33131-3354
```

| | | |
|---|---|---|
| Minet Fernandez-Moris<br>2500 NW 79th Avenue<br>Suite 190<br>Doral, FL 33122-1083 | Minnesota Attorney General<br>Attn: David Cullen, Esq.<br>1400 Bremer Tower<br>445 Minnesota Street<br>Saint Paul, MN 55101-2190 | Minnesota Dept. of Rev.<br>600 North Robert Street<br>Saint Paul, MN 55101-2228 |
| Minnesota Dept. of Revenue<br>Mail Station 5130<br>Saint Paul, MN 55146-5130 | Mozeo, LLC<br>64 Main Street, #2<br>Camillus, NY 13031-1052 | Mozeo, LLC<br>c/o Daniel P. Wotherspoon<br>Reed Smith LLP<br>1717 Archs T Suite 3100<br>Philadelphia, PA 19103 |
| Norman Miles<br>2940 Oklahoma Road<br>Willow Grove, PA 19090-3840 | Norman Miles<br>c/o Frederick Davis, IV, Esq<br>Davis Consumer Law Firm<br>500 Office Center Drive #400<br>Fort Washington, PA 19034-3234 | Office of Attorney General<br>Attn: Andy Beshear<br>Commonwealth of Kentucky<br>700 Capitol Avenue, # 118<br>Frankfort, KY 40601-3449 |
| Office of Attorney General<br>Attn: Bob Ferguson<br>1125 Washington Street, SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | Office of Attorney General<br>Attn: Bob Ferguson<br>800 Fifth Avenue, Suite 2000<br>Consumer Protection Division<br>Seattle, WA 98104-3188 | Office of Attorney General<br>Attn: Kamala D. Harris<br>State of California<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 |
| Office of Attorney General<br>Attn: Kathleen G. Kane<br>Commonwealth of Pennsylvania<br>Strawberry Square, 16 Floor<br>Harrisburg, PA 17120-0001 | Office of Attorney General<br>Attn: Mark Brnovich<br>State of Arizona<br>1275 West Washington Street<br>Phoenix, AZ 85007-2926 | Office of Attorney General<br>Attn: Maura Healey<br>Commonwealth of Mass.<br>One Ashburton Place<br>Boston, MA 02108-1518 |
| Office of Attorney General<br>Attn: Pam Bondi<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Office of Attorney General<br>Attn: Patricia Conners, Esq.<br>Deputy Attorney General<br>107 Gaines Street<br>Tallahassee, FL 32399-6549 | Office of Attorney General<br>Commonwealth of Massachusett<br>Attn: Glenn Kaplan<br>One Ashburton Place, Flr 18<br>Boston, MA 02108-1518 |
| Office of Attorney General<br>District of Columbia<br>Attn: Karl A. Racine<br>441 4th Street, NW #600<br>Washington, DC 20001-2714 | Office of Attorney General<br>Off. of Consumer Protection<br>1024 Capital Center Drive<br>Suite 200<br>Frankfort, KY 40601-7513 | Office of Attorney General<br>Public Inquiry Unit<br>Attn: Melissa Weikel<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 |
| Office of Attorney General<br>State of Connecticut<br>Attn: George Jepsen<br>55 Elm Street<br>Hartford, CT 06106-1746 | Office of Attorney General<br>Tax, Bankruptcy and Finance<br>One Judiciary Square<br>441 4th Street, NW 6th Floor<br>Washington, DC 20001-2714 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Patrick T. Henigan<br>Eckell Sparks Levy Auerbach<br>344 W. Front Street<br>P.O. Box 319<br>Media, PA 19063-0319 | Pennsylvania Dept. of Rev.<br>Department 280946<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0946 | Pitney Bowes<br>2225 American Drive<br>Neenah WI  54956-1005 |
| Pitney Bowes<br>500 Ross Street<br>Suite 154-0470<br>Pittsburgh, PA 15262-0001 | Pitney Bowes Inc<br>27 Waterview Dr, 3rd Fl<br>Shelton CT 06484-4361 | QMC Transit, Inc.<br>dba QMC Transit-Train<br>c/o Lamar Advertising Company-Credit Dep<br>PO Box 66338<br>Baton Rouge LA 70896-6338 |

| | | |
|---|---|---|
| Ramiro Fernandez-Moris<br>2500 NW 79th Avenue<br>Suite 190<br>Doral, FL 33122-1083 | Recovera, Inc.<br>d/b/a S.A.R. & Assoc., LLC<br>Attn: Alan Alvarez, as Reg. Agent<br>8201 Peters Road, #1000<br>Fort Lauderdale, FL 33324-3266 | SAC Group, LLC<br>c/o Alan Alvarez<br>as Registered Agent<br>12990 SW 52nd Street<br>Southwest Ranches, FL 33330-2730 |
| Salesforce<br>P.O. Box 203141<br>Dallas, TX 75320-3141 | Samantha Alvarez<br>2500 NW 79th Avenue<br>Suite 190<br>Doral, FL 33122-1083 | Secure Asset Recovery, Inc.<br>c/o Registered Agents, Inc.<br>as Registered Agent<br>3030 North Rocky Point Dr., #140<br>Tampa, FL 33607-5803 |
| Southern Cross Underwriters<br>6311 Ridgewood Road<br>Suite E-401<br>Jackson, MS 39211-2092 | Southern Cross Underwriters<br>P.O. Box 5108<br>Jackson, MS 39296-5108 | State of California<br>State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 |
| State of Connecticut<br>Department of Revenue<br>25 Sigourney Street<br>Hartford, CT 06106-5032 | State of Connecticut<br>Dept. of Consumer Protection<br>Attn: Jonathan A. Harris<br>165 Capitol Avenue<br>Hartford, CT 06106-1656 | State of Massachusetts<br>Department of Revenue<br>P.O. Box 7010<br>Boston, MA 02204-7010 |
| Stephen Ibar<br>2500 NW 79th Avenue<br>Suite 190<br>Doral, FL 33122-1083 | Stratics Group, Inc.<br>c/o CT Corporation System<br>as Registered Agent<br>1200 South Pine Island Road<br>Fort Lauderdale, FL 33324-4459 | Summit Resources<br>2500 NW 79th Avenue<br>Suite 190<br>Doral, FL 33122-1083 |
| TD Bank, N.A.<br>c/o Barry Jay Glickman<br>Zeichner Ellman & Krause<br>1211 Avenue Of American, 40th FL<br>New York, NY 10036-6149 | Time Payment Corp<br>1600 District Avenue<br>Suite 200<br>Burlington, MA 01803-5232 | United Healthcare<br>Dept. CH 10151<br>Palatine, IL 60055-0151 |
| Velocity Processing LLC<br>18305 Biscayne Blvd., Suite 303<br>Aventura, FL 33160-2172 | iHeart Media<br>200 East Basse Road<br>San Antonio, TX 78209-4489 | iNet Marketing, LLC<br>c/o Ramiro Moris<br>as Registered Agent<br>14864 SW 179th Street<br>Miami, FL 33187-7712 |
| Kerry-Ann Rin<br>2 S Biscayne Blvd #2690<br>Miami, FL 33131-1815 | Luis Salazar Esq.<br>Salazar Jackson, LLP<br>2000 Ponce De Leon Boulevard<br>Penthouse<br>Coral Gables, FL 33134-4422 | Maria Yip<br>2 S. Biscayne Blvd #2690<br>Miami, FL 33131-1815 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| ADT<br>1501 Yamato Road<br>Boca Raton, FL 33431 | Federal Trade Commission<br>Attn:Reid Tepfer, Esq.<br>1999 Bryan Street<br>Suite 2150<br>Dallas, TX 75201 |

Evalon, Inc.
7300 Chapman Hwy
Knoxville, TN 37920

Electronic Payment Systems
6472 S. Quebec Court
Englewood, CO 80111

Electronic Merchant Systems
(Eprocessing Network)
5005 Rockside Road, PH100
Cleveland, OH 44131

Velocity Processing LLC
18305 Biscayne Blvd., Suite 303
Aventura, FL 33160

ACH Solutions
Mr. Chris Gaines
Executive Vice President
750 Fairmont Ave., #201
Glendale, CA 91203

American Express Corp. Headquarters
World Financial Center
200 Vesey Street
New York, NY 10285

American Express Bank FSB
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324