UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re                                                            Case No. 16-11759-BKC-LMI

STUDENT AID CENTER, INC.,                Chapter 7

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that true and correct copies of the *Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set* (**ECF No. 5**) and *Notice of Rescheduling of 11 U.S.C. § 341 Meeting of Creditors* (**ECF No. 28)** were served on March 16, 2016 via first class U.S. mail, postage prepaid, on all parties identified on the Service List attached as **Exhibit "A"** to the original hereof.

    I FURTHER CERTIFY that a true and correct copy of the *Notice of Compliance with Requirements for Amending Creditor Information* (**ECF No. 32)** was served on March 16, 2016 via first class U.S. mail, postage prepaid, on all parties identified on the Service List attached as **Exhibit "B"** to the original hereof.

Dated:  March 16, 2016

    Respectfully submitted,

    **SALAZAR JACKSON, LLP**
    *Counsel for Debtor, Student Aid Center, Inc.*
    2000 Ponce de Leon Boulevard
    Penthouse
    Coral Gables, FL   33134
    Telephone: (305) 374-4848
    Facsimile:   (305) 397-1021
    Email:  Salazar@SalazarJackson.com

    By:        */s/  Luis Salazar*
        Luis Salazar
        Florida Bar No. 147788



**SERVICE LIST**

**Electronic Mail Notice List**

Ashley J Dillman Bruce on behalf of Trustee Maria Yip
adbruce@bergersingerman.com; efile@bergersingerman.com; vbarthelemy@bergersingerman.com; efile@ecf.inforuptcy.com

Michael A Friedman on behalf of Creditor ACH Solutions, Inc.
mfriedman@gjb-law.com; gjbecf@gjb-law.com

Isaac M Marcushamer, Esq. on behalf of Trustee Maria Yip
imarcushamer@bergersingerman.com; fsellers@bergersingerman.com; efile@bergersingerman.com; efile@ecf.inforuptcy.com

Steven H Meyer, Esq on behalf of Creditor KT 2500, LLC
stevenm820@aol.com; ross.barna@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Luis Salazar, Esq. on behalf of Debtor Student Aid Center, Inc.
salazar@salazarjackson.com, jackson@salazarjackson.com dagley@salazarjackson.com; cloyd@salazarjackson.com; aguilar@salazarjackson.com; davila@salazarjackson.com; lee-sin@salazarjackson.com; pacetti@salazarjackson.com

Maria Yip
trustee@yipcpa.com, myip@ecf.epiqsystems.com