UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

STUDENT AID CENTER, INC.,                    Case No. 16-11759-BKC-LMI
                                             Chapter 7
        Debtor.
_____/

## OMNIBUS NOTICE
## OF RULE 2004 EXAMINATIONS *DUCES TECUM*

Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, Maria M. Yip, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Student Aid Center, Inc. (the "Debtor"), by and through undersigned counsel, will examine, under oath, the following individual(s), at the specified date, time,[1] and location:

| **Deponent** | **Date and Time** | **Location** |
|---|---|---|
| **Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez, Machado & Preira LLP d/b/a SMGQ Law**<br>Attn.: Roland Sanchez-Medina, Jr., Reg. Agent<br>201 Alhambra Circle, Suite 1205<br>Coral Gables, FL 33134-5107 | May 2, 2016 at 9:30 a.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **Samantha Alvarez**<br>19100 SW 24th Street<br>Miramar, FL 33029 | May 2, 2016 at 1:30 p.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **Lauren Alvarez**<br>2000 Towerside Terrace<br>Apt. 401<br>Miami Shores, FL 33138 | May 3, 2016 at 9:30 a.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |

---

[1] The undersigned attorney is amendable to re-scheduling these depositions at a mutually convenient date and time provided the deponent(s) contact the undersigned attorney within seven (7) days of receiving the subpoena and promptly agrees to a rescheduled date and time. The deponent(s) shall remain under the authority of the subpoena until such time as the undersigned attorney releases the deponent(s) from the court's subpoena power.
7020775-1

| Deponent | Date and Time | Location |
|---|---|---|
| **Michael Alvarez**<br>2000 Towerside Terrace, Apt. 401<br>Miami Shores, FL 33138 | May 3, 2016 at 1:30 p.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **Minet Fernandez-Moris**<br>14772 SW 161st Place<br>Miami, FL 33196-6448 | May 4, 2016 at 9:30 a.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **Stephen Ibar**<br>16195 SW 78th Avenue<br>Miami, FL 33157<br> --and--<br>730 Osco Parkway<br>Woodstock, GA 30188 | May 4, 2016 at 1:30 p.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **Frank Ibar**<br>16195 SW 78th Avenue<br>Miami, FL 33157 | May 5, 2016 at 9:30 a.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **Alan Alvarez**<br>12990 SW 52nd Street<br>Southwest Ranches, FL 33330 | May 5, 2016 at 1:30 p.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida |
| **Recovera, Inc. d/b/a S.A.R. & Associates, LLC**<br>Attn.: Alan Alvarez, Reg. Agent and President<br>12990 SW 52nd Street<br>Southwest Ranches, FL 33330<br>--and--<br>Attn.: Alan Alvarez, Reg. Agent and President<br>8201 Peters Road #1000<br>Fort Lauderdale, FL 33324 | May 6, 2016 at 9:30 a.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **SAC Group, LLC**<br>Attn.: Alan Alvarez, Reg. Agent<br>12990 SW 52nd Street<br>Southwest Ranches, FL 33330 | May 6, 2016 at 1:30 p.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |

| Deponent | Date and Time | Location |
| --- | --- | --- |
| **Secure Asset Recovery, Inc.**<br>Attn.: Alan Alvarez, President<br>12990 SW 52nd Street<br>Southwest Ranches, FL 33330<br>--and--<br>Registered Agents Inc.<br>as Reg. Agent<br>3030 N Rocky Point Drive, #140<br>Tampa, FL 33607<br>--and--<br>8201 Peters Road #1000<br>Fort Lauderdale, FL 33324 | May 9, 2016 at 9:30 a.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **Candido Ibar**<br>16195 SW 78th Avenue<br>Miami, FL 33157 | May 9, 2016 at 1:30 p.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **Cloud Consulting, LLC**<br>Attn.: Candido Ibar, Reg. Agent and Manager<br>16195 SW 78th Avenue<br>Miami, FL 33157<br>--and--<br>Attn.: Candido Ibar, Reg. Agent and Manager<br>10261 SW 58th Street<br>Miami, FL 33173<br>--and--<br>Attn.: Candido Ibar, Reg. Agent and Manager<br>8399 NW 30th Terrace<br>Doral, FL 33122<br>--and--<br>Attn.: Stephen Ibar, Manager<br>730 Osco Parkway<br>Woodstock, GA 30188 | May 10, 2016 at 9:30 a.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **Summit Resources**<br>2500 NW 79th Avenue<br>Suite 190<br>Doral, FL 33122 | May 10, 2016 at 1:30 p.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **Ramiro Fernandez-Moris**<br>14864 SW 179th Street<br>Miami, FL 33187 | May 11, 2016 at 9:30 a.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |

7020775-1

| Deponent | Date and Time | Location |
|---|---|---|
| **iNet Marketing, LLC**<br>Ramiro Moris, Reg. Agent and Manager<br>14864 SW 179th St.<br>Miami, FL 33187 | May 11, 2016 at 1:30 p.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **Michael Ibar**<br>16195 SW 78th Avenue<br>Miami, FL 33157 | May 12, 2016 at 9:30 a.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |
| **Damien Alvarez**<br>19100 SW 24th Street<br>Miramar, FL 33029 | May 12, 2016 at 1:30 p.m. | Berger Singerman LLP<br>1450 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131 |

The examination is pursuant to Bankruptcy Rule 2004 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. **Each Deponent listed above is required to produce all documents listed on Schedule A to the undersigned attorney by no later than seven (7) days of the scheduled deposition.**

The examination may continue from day to day until completed. If the examinee receives this notice less than 21 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

Dated: March 28, 2016

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel for the Trustee*
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: */s/ Isaac M. Marcushamer*
    Isaac M. Marcushamer
    Florida Bar No. 60373
    imarcushamer@bergersingerman.com
    Ashley Dillman Bruce

Florida Bar No. 55718  
adbruce@bergersingerman.com

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 28th day of March, 2016, electronically through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List, and via first class, U.S. Mail upon all parties on the attached First Class, U.S. Mail Service List.

/s/  Isaac M. Marcushamer  
Isaac M. Marcushamer

## SCHEDULE "A"

## DEFINITIONS AND INSTRUCTIONS

(a) "Debtor" means Student Aid Center, Inc., and includes officers, directors, members, employees, agents, and attorneys acting, or purporting to act, on its behalf, including Ramiro Fernandez-Moris and Damien Alvarez.

(b) "Bankruptcy Case" means the case pending in the Southern District of Florida, United States Bankruptcy Court, Case No. 16-11759-LMI.

(c) "Communications" means any oral or written statement, dialogue, colloquy, discussion or conversation and, also, means any transfer of thoughts or ideas between persons by means of documents and includes transfer of data from one location to another by electronic or similar means.

(d) "Documents" means the original or copies of any tangible written, typed, printed or other form of recorded or graphic matter of every kind or description, however produced or reproduced, whether mechanically or electronically recorded, draft, final original, reproduction, signed or unsigned, regardless of whether approved, signed, sent, received, redrafted, or executed, and whether handwritten, typed, printed, photostated, duplicated, carbon or otherwise copied or produced in any other manner whatsoever. Without limiting the generality of the foregoing, "documents" shall include correspondence, letters, telegrams, telexes, mailgrams, memoranda, including inter-office and intra-office memoranda, memoranda for files, memoranda of telephone or other conversations, including meetings, invoices, reports, receipts and statements of account, ledgers, notes or notations, notes or memorandum attached to or to be read with any document, booklets, books, drawings, graphs, charts, photographs, phone records, electronic tapes, discs or other recordings, computer programs, printouts, data cards, studies, analysis and other data compilations from which information can be obtained. Copies of documents, which are not identical duplications of the originals or which contain additions to or deletions from the originals or copies of the originals if the originals are not available, shall be considered to be separate documents.

"Documents" also include all electronic data storage documents including but not limited to e-mails and any related attachments, electronic files or other data compilations which relate to the Requests listed below. Your search for these electronically stored documents shall include all of your computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, proprietary software and inactive or unused computer disc storage areas.

(e) "Documents" and "Communications" include all computer stored data, including but not limited to email(s) and any related attachments, database files, word files, spreadsheets, presentations, and accounting data computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, proprietary software and inactive or unused computer disc storage areas and shall be produced electronically on external hard disks,

compact disks or other data compilations which relate to the categories of documents requested below.

(f) "Person" means any natural person or any entity, including, without limitation, any individual, firm, corporation, company, joint venture, trust, tenancy, association, partnership, business, agency, department, bureau, board, commission, or any other form of public, private or legal entity.  Any reference herein to any public or private company, partnership, association, or other entity include such entity's subsidiaries and affiliates, as well as the present and former directors, officers, employees, attorneys, agents and anyone acting on behalf of, at the direction of, or under the control of the entity, its subsidiaries or its affiliates.

(g) "Petition Date" means February 8, 2016.

(h) "Related to" means directly or indirectly, refer to, reflect, mention, describe, pertain to, arise out of or in connection with or in any way legally, logically, or factually be connected with the matter discussed.

(i) "Transfers" as used herein means all transfers of the Debtor's property to you by check, cashiers' checks, wire transfers or otherwise, made between January 1, 2012 and the Petition Date.

(j) "You" or "Your" means the person or entity to whom this Notice is directed, and all agents, third parties or other person or legal entity acting, or purporting to act, on your behalf of, in concert with you or under your control.

(k) The conjunctions "and" and "or" shall be interpreted in each instance as meaning "and/or" so as to encompass the broader of the two possible constructions, and shall <u>not</u> be interpreted disjunctively so as to exclude any information or documents otherwise within the scope of any request.

(l) Any company, corporation, or corporate entity referred to includes all officers, directors, members, employees, agents, and attorneys acting, or purporting to act, on its behalf.

(m) Any pronouns include and be read and applied as to encompass the alternative forms of the pronoun, whether masculine, feminine, singular or plural, and shall <u>not</u> be interpreted so as to exclude any information or documents otherwise within the scope of the Request.

(n) If you contend that you are entitled to withhold any responsive document(s) on the basis of privilege or other grounds, for each and every such document specify:

    (i) The type or nature of the document;

    (ii) The general subject matter of the document;

    (iii) The date of the document;

    (iv) The author, addressee, and any other recipient(s) of the document; and

     (v)  The basis on which you contend you are entitled to withhold the document.

 (o)  If you assert that any document called for by this request is protected against disclosure as the attorney's work product doctrine or by the attorney-client privilege, you shall provide the following information with respect to such document:

     (i)  the name and capacity of the person or persons who prepared the documents;

     (ii)  the name and capacity of all addresses or recipients of the original or copies thereof;

     (iii)  the date, if any, borne by the document;

     (iv)  the source of the factual information from which such document was prepared;

     (v)  a brief description of its subject matter and physical size; and

     (vi)  the nature of the privilege claimed.

 (p)  You must produce all documents within your case, custody or control that are responsive to any of these requests. A document is deemed within your care, custody or control if you have the right or ability to secure the document or a copy thereof from any other person having physical possession thereof.

 (q)  If you at any time had possession, custody or control of a document called for under this request and if such document has been lost, destroyed, purged, or is not presently in your possession, custody or control, you shall describe the document, the date of its loss, destruction, purge, or separation from possession, custody or control and the circumstances surrounding its loss, destruction, purge, or separation from possession, custody or control.

 (r)  All documents produced pursuant hereto are to be produced as they are kept in the usual course of business and shall be organized and labeled (without permanently marking the item produced) so as to correspond with the categories of each numbered request hereof.

 (s)  When appropriate, the singular form of a word should be interpreted in the plural as may be necessary to bring within the scope hereof any documents which might otherwise be construed to be outside the scope hereof.

 (t)  Unless otherwise stated in the document requests below, each of the requests seeks documents and information for the time period between January 1, 2012 and the Petition Date.

 (u)  You are required to produce the requested documents by no later than seven (7) days before your scheduled deposition, to Isaac M. Marcushamer c/o Fleta Sellers at 1450 Brickell Avenue, Suite 1900, Miami, FL 33131 or via email to imarcushamer@bergersingerman.com with a copy to fsellers@bergersingerman.com.

## DOCUMENT REQUESTS

1.   Documents related to payments or Transfers from the Debtor to you from January 1, 2012 to the Petition Date, including those listed on the Debtor's bankruptcy schedules in the Bankruptcy Case. *See* ECF No. 30 in the Bankruptcy Case.

2.   Communications between you and the Debtor relating to Transfers.

3.   Any written agreement between you and the Debtor.

4.   Communications between you and the Debtor related to any agreement with the Debtor.

5.   Documents related to the hours or time that you worked or the services that you provided for the Debtor, including bills.

6.   Documents related to expense reimbursements from the Debtor.

7.   Documents related to loans with the Debtor.

8.   If you are a business, a printout of your website during the time you allegedly provided services to the Debtor.

**CM/ECF List**

Ashley J Dillman Bruce on behalf of Trustee Maria Yip
adbruce@bergersingerman.com,
efile@bergersingerman.com;vbarthelemy@bergersingerman.com;efile@ecf.inforuptcy.com

Michael A Friedman on behalf of Creditor ACH Solutions, Inc.
mfriedman@gjb-law.com, gjbecf@gjb-law.com

Isaac M Marcushamer, Esq. on behalf of Trustee Maria Yip
imarcushamer@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Steven H Meyer, Esq on behalf of Creditor KT 2500, LLC
stevenm820@aol.com, ross.barna@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Luis Salazar, Esq. on behalf of Debtor Student Aid Center, Inc.
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;cloyd@salazarjackson.com;aguilar@salazarjackson.com;davila@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com

Maria Yip
trustee@yipcpa.com, myip@ecf.epiqsystems.com

### U.S. Mail Service List

Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez,
  Machado & Preira LLP d/b/a SMGQ Law
Attn.: Roland Sanchez-Medina, Jr., Reg. Agent
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134-5107

Samantha Alvarez
19100 SW 24th Street
Miramar, FL 33029

Lauren Alvarez
2000 Towerside Terrace
Apt. 401
Miami Shores, FL 33138

Michael Alvarez
2000 Towerside Terrace, Apt. 401
Miami Shores, FL 33138

Minet Fernandez-Moris
14772 SW 161st Place
Miami, FL 33196-6448

Stephen Ibar
16195 SW 78th Avenue
Miami, FL 33157
 --and--
730 Osco Parkway
Woodstock, GA 30188

Frank Ibar
16195 SW 78th Avenue
Miami, FL 33157

Alan Alvarez
12990 SW 52nd Street
Southwest Ranches, FL 33330

Recovera, Inc. d/b/a S.A.R. & Associates, LLC
Attn.: Alan Alvarez, Reg. Agent and President
12990 SW 52nd Street
Southwest Ranches, FL 33330
--and--
Attn.: Alan Alvarez, Reg. Agent and President

8201 Peters Road #1000
Fort Lauderdale, FL 33324

SAC Group, LLC
Attn.: Alan Alvarez, Reg. Agent
12990 SW 52nd Street
Southwest Ranches, FL 33330

Secure Asset Recovery, Inc.
Attn.: Alan Alvarez, President
12990 SW 52nd Street
Southwest Ranches, FL 33330
    --and--
Registered Agents Inc.
as Reg. Agent
3030 N Rocky Point Drive, #140
Tampa, FL 33607
    --and--
8201 Peters Road #1000
Fort Lauderdale, FL 33324

Candido Ibar
16195 SW 78th Avenue
Miami, FL 33157

Cloud Consulting, LLC
Attn.: Candido Ibar, Reg. Agent and Manager
16195 SW 78th Avenue
Miami, FL 33157
--and--
Attn.: Candido Ibar, Reg. Agent and Manager
10261 SW 58th Street
Miami, FL 33173
--and--
Attn.: Candido Ibar, Reg. Agent and Manager
8399 NW 30th Terrace
Doral, FL 33122
--and--
Attn.: Stephen Ibar, Manager
730 Osco Parkway
Woodstock, GA 30188

Summit Resources
2500 NW 79th Avenue
Suite 190
Doral, FL 33122

Ramiro Fernandez-Moris
14864 SW 179th Street
Miami, FL 33187

iNet Marketing, LLC
Ramiro Moris, Reg. Agent and Manager
14864 SW 179th St.
Miami, FL 33187

Michael Ibar
16195 SW 78th Avenue
Miami, FL 33157

Damien Alvarez
19100 SW 24th Street
Miramar, FL 33029