UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Chapter 7

STUDENT AID CENTER, INC.,                    Case No. 16-11759-BKC-LMI

      Debtor.
_____/

### NOTICE OF COMPLIANCE BY ACH SOLUTIONS, INC.

ACH Solutions, Inc., through undersigned counsel, gives notice that it has complied with the Court's March 16, 2016 *Order Continuing Hearing on Trustee's Expedited Motion for Turnover Regarding Funds Held by Credit Card Processors and Prohibiting Chargebacks to Customers* [ECF No. 35] by transferring the sum of $509,299.55 to the Genovese Joblove & Battista, P.A. trust account, where it will be held until further order of the Court.[1]

Dated: April 4, 2016.

                                              GENOVESE JOBLOVE AND BATTISTA, P.A.
                                              *Attorneys for ACH Solutions, Inc.*
                                              100 Southeast Second Street, 44th Floor
                                              Miami, Florida 33131
                                              Tel.: 305-349-2300
                                              Fax: 305-349-2310

                                              By: /s/ Michael A. Friedman
                                                  Michael A. Friedman, Esq. (FBN 0071828)
                                                  Email: mfriedman@gjb-law.com

---

[1] The Court's March 16th Order directed ACH Solutions to transfer $508,901.55 to GJB's trust account. Upon review of its account records, ACH Solutions determined that it was actually holding $509,299.55 in reserve on the Debtor's account, *i.e.*, $398 more than the amount ordered to be transferred. Although not required to do so under the Court's order, ACH Solutions has transferred the full amount of the reserve to GJB's trust account.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been furnished by the Court's CM/ECF System to all of the parties registered to receive such notice and to all other parties via First Class Postage Prepaid U.S. Mail as indicated on the attached service list on the 4th day of April, 2016.

                                                                /s/ Michael A. Friedman
                                                                  Michael A. Friedman

## SERVICE LIST

**Via CM/ECF**
**16-11759-LMI Notice will be electronically mailed to:**

Ashley J Dillman Bruce on behalf of Trustee Maria Yip
adbruce@bergersingerman.com,
efile@bergersingerman.com;vbarthelemy@bergersingerman.com;efile@ecf.inforuptcy.com

Michael A Friedman on behalf of Creditor ACH Solutions, Inc.
mfriedman@gjb-law.com, gjbecf@gjb-law.com

Isaac M Marcushamer, Esq. on behalf of Trustee Maria Yip
imarcushamer@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Steven H Meyer, Esq on behalf of Creditor KT 2500, LLC
stevenm820@aol.com, ross.barna@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Luis Salazar, Esq. on behalf of Debtor Student Aid Center, Inc.
salazar@salazarjackson.com,
jackson@salazarjackson.com;dagley@salazarjackson.com;cloyd@salazarjackson.com;aguilar@salazarjackson.com;davila@salazarjackson.com;lee-sin@salazarjackson.com;pacetti@salazarjackson.com

Maria Yip
trustee@yipcpa.com, myip@ecf.epiqsystems.com

**Via U.S. Mail**
Kerry-Ann Rin
2 S Biscayne Blvd #2690
Miami, FL 33131

**Via Facsimile 865-403-6351**
Evalon, Inc.
7300 Chapman Hwy
Knoxville, TN 37920
Merchant No.: 0000008024026844

**Via Facsimile 720-358-3101**
Electronic Payment Systems
6472 S. Quebec Court
Englewood, CO 80111
Merchant ID: 600100038264

**Via Facsimile 216-524-9592**
Electronic Merchant Systems
(Eprocessing Network)
5005 Rockside Road, PH100
Cleveland, OH 44131
Merchant No.: 564400000573766

**Via Facsimile 305-405-2000**
Velocity Processing LLC
18305 Biscayne Blvd., Suite 303
Aventura, FL 33160
Merchant No.: 0000008024026844