| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Student Aid Center, Inc.** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  **46−2453199** |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ − _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Florida** <br> Case number:  **16−11759−LMI** | | Date case filed for chapter  **7**  **2/8/16** |

## Notice of Chapter 7 Bankruptcy Case − Proof of Claim Deadline Set
**AMENDED** TO ADD GOVERNMENT CLAIM DEADLINE, ORIGINALLY OMITTED

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See box 9)

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice. To help creditors correctly identify debtors, debtors must submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

<u>**WARNING TO DEBTOR:**</u> WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE FAILURE TO TIMELY PAY FILING FEE INSTALLMENTS, FAILURE TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS, AND FOR FAILURE TO FILE PRE−BANKRUPTCY CERTIFICATION OF CREDIT COUNSELING OR FILE WAGE DOCUMENTATION.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Student Aid Center, Inc. | |
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | c/o Salazar Jackson, LLP <br> Attn: Luis Salazar, Esq. <br> 2000 Ponce De Leon Boulevard <br> Penthouse <br> Coral Gables, FL 33134 | |
| 4. | **Debtor's Attorney** <br> (or Pro Se Debtor) <br> Name and Address | Luis Salazar Esq. <br> Salazar Jackson, LLP <br> 2000 Ponce De Leon Boulevard <br> Penthouse <br> Coral Gables, FL 33134 | Contact Phone 305.374.4848 |
| 5. | **Bankruptcy Trustee** <br> Name and Address | Maria Yip <br> 2 S. Biscayne Blvd #2690 <br> Miami, FL 33131 | Contact Phone (305) 908−1862 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | US Bankruptcy Court <br> 301 North Miami Avenue, Room 150 <br> Miami, FL 33128 | Hours open 8:30 a.m. − 4:00 p.m. <br> Contact Phone (305) 714−1800 |
| | | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at www.pacer.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll−free at (866) 222−8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | **Note:** The clerk's office is closed on all legal holidays. <br><br> Clerk of Court:  <u>**Joseph Falzone**</u> <br> Dated: <u>**4/18/16**</u> |

**For more information, see page 2 >**

Local Form 309B USBC SDFL (Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case − Proof of Claim Deadline Set** (12/1/15)    page **1**

Debtor **Student Aid Center, Inc.**                                         Case number **16−11759−LMI**

| | | |
|---|---|---|
| **7. Meeting of Creditors** | **March 14, 2016** at **09:30 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must be present with required original government−issued photo identification and proof of social security number (or if applicable, Tax ID). Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Claude Pepper Federal Bldg, 51 SW First Ave Room 102, Miami, FL 33130** |

| | |
|---|---|
| **8. Presumption of Abuse** | The presumption of abuse does not arise. |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| | | |
|---|---|---|
| **9. Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing Deadline:** |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. Writing a letter to the court or judge is not sufficient.  A discharge of debtor will not be issued until the Official Bankruptcy Form "Certification About a Financial Management Course" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). | **You must file a complaint:**   if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or   if you want to have a debt excepted from discharge under 11 U.S C § 523(a)(2), (4) or (6).  **You must file a motion** if you assert that the discharge should be denied under § 727(a)(8) of (9). | |
| **When Filing Proofs of Claim:**  Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. **The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions.** | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors, or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) and Local Rule 4003−1(B) for converted cases. |
| **Deadlines for Filing Proofs of Claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. If this is a converted case proofs of claim filed under the initial chapter shall be deemed filed and need not be refiled. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | **Deadline for all creditors to file a proof of claim (except governmental units):** 6/13/16  **Deadline for governmental units to file a proof of claim:** 08/06/2016 |

| | |
|---|---|
| **10. Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. |
| **11. Liquidation of the Debtor's Property and Payment of Creditors' Claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |
| **12. Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007−1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. |
| **13. Electronic Bankruptcy Noticing** | Parties can choose to receive all notices (including attachments) served by the clerk.s office electronically instead of via U.S. Mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at ebn.uscourts.gov |
| **14. Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |