IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

IN RE:                                    :        Chapter:  7
STUDENT AID CENTER, INC                   :
                                          :
                                          :
                                          :        BANKRUPTCY NO:    16-11759-LMI

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express Travel Related Services Co, Inc**
**c/o Becket & Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

By: /s/ LYNN BROWN
   Lynn Brown, Claims Administrator
   Becket & Lee LLP
   POB 3001
   Malvern, PA 19355-0701

   DATE:        06/06/2016