

**ORDERED in the Southern District of Florida on June 7, 2016.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

STUDENT AID CENTER, INC.,                    Case No. 16-11759-BKC-LMI
                                             Chapter 7
         Debtor.
_____/

### ORDER (1) GRANTING TRUSTEE'S MOTION TO APPROVE NOTICE PROCEDURES FOR POTENTIAL CLAIMANTS AND (2) CONTINUING HEARING ON MOTION TO LIMIT NOTICE [ECF NO. 53]

**THIS MATTER** came before the Court for a hearing on May 25, 2016 at 10:00 a.m. on the Trustee's Motion for the Court's approval of the Trustee's proposed method and manner of providing notice to Former Customers who have not been notified of this bankruptcy case, and also to limit notice once those Former Customers have been notified ("Motion") [ECF No. 53], and the Debtor's Objection and Response in Opposition [ECF No. 63], and the Court, having reviewed the Motion, Objection, and case file, and having heard the argument of the parties present at the hearing,

**ORDERS** as follows:

1.  The Motion is **GRANTED** in part to the extent stated in this Order. The form

7153694-1

and method of providing notice to Former Customers is approved.  The Trustee is authorized to provide notice to Former Customers in the form and method as stated in the Motion.  The Court approves the Trustee's creation and maintenance of the website identified in the Motion, which may change and be updated from time to time.

      2.      The Trustee's *ore tenus* request to continue the bar date thirty (30) days from June 13, 2016 to July 13, 2016 is **GRANTED**.  The new bar date for which non-government claimants shall file claims or otherwise be barred is **July 13, 2016**.

      3.      The Court **CONTINUES** the hearing on the Motion to the extent the Trustee is requesting to limit notice to the Former Customers to **July 25, 2016 at 2:30 p.m. at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, Florida 33128**.

###

Submitted by:
Isaac M. Marcushamer, Esq.
Berger Singerman LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Tel. (305) 755-9500
Fax (305) 714-4340
E-mail:  imarcushamer@bergersingerman.com

Copy furnished to:
Isaac M. Marcushamer, Esq.
*(Attorney Marcushamer is directed to serve a signed copy of this Order upon all interested parties, and to file a Certificate of Service with the Court).*

7153694-1